RECEIVED

OCT 19 2026

BY MAIL

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
_______________ DIVISION

Rodney Campbell

(*Write the full name of the plaintiff in this action. Include prisoner registration number.*)

v.

St. Louis City

(*Write the full name of each defendant. The caption must include the names of* ***all*** *of the parties. Fed. R. Civ. P. 10(a). Merely listing one party and writing "et al." is insufficient. Attach additional sheets if necessary.*)

Case No: _______________
(*to be assigned by Clerk of District Court*)

Plaintiff Requests Trial by Jury
☐ Yes ☐ No

## PRISONER CIVIL RIGHTS COMPLAINT UNDER 42 U.S.C. § 1983

*NOTICE:*

*Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date, the full name of a person known to be a minor, or a complete financial account number. A filing may include only: the last four digits of a social security number, the year of an individual's birth, a minor's initials, and the last four digits of a financial account number.*

*Except as noted in this form, plaintiff should not send exhibits, affidavits, witness statements, or any other materials to the Clerk's Office with this complaint.*

*In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed without prepayment of fees and costs.*

## I. The Parties to this Complaint

### A. The Plaintiff

Name: Rodney Campbell

Other names you have used: N/A—

Prisoner Registration Number: 23489

Current Institution: Lincoln County Jail

Indicate your prisoner status:

- [x] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [ ] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [ ] Other (explain): ______

### B. The Defendant(s)

To the best of your knowledge, give the information below for each defendant named in the caption of this complaint. Make sure the defendant(s) named below are the same as those listed in the caption of this complaint. Attach additional pages if necessary.

For an individual defendant, include the person's job title, and check whether you are suing the individual in his or her individual capacity, official capacity, or both.

**Defendant 1**

Name: St. Louis City

Job or Title: Governing City

Badge/Shield Number: N/A—

Employer: St. Louis Missouri

Address: 1114 Market Street, St. Louis Mo. 63101

____ Individual Capacity    ✓ Official Capacity

**Defendant 2**

Name: ______________________________

Job or Title: ______________________________

Badge/Shield Number: ______________________________

Employer: ______________________________

Address: ______________________________

☐ Individual Capacity ☐ Official Capacity

## II. Statement of Claim

Type, or neatly print, a short and plain statement of the **FACTS** that support your claim(s). For every defendant you have named in this complaint, you must state what he or she personally did to harm you. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Do not make legal arguments, or cite court cases or statutes. You may attach additional pages if necessary.

Your statement of claim must include all of the following information:

1. What happened to you?
2. When did it happen?
3. Where did it happen?
4. What injuries did you suffer?
5. What did each defendant personally do, or fail to do, to harm you?

On 8-5-2026, I was picked up by St. louis City police. While walking towards the bus stop on Delmar BLVD. The police ran my name, and I had an warrant for failure to register out of Madison Il. I have never lived in St. louis City, I informed that to the officer. The officer, while I was already in-custody for my warrant out of Madison Il. Where I live; He the proceeded to charge me with failure to register in St. louis City. I am claiming that St. louis city has no "Jurisdiction", to also charge me for the warrant I have in Madison Il. My claim is "No Jurisdiction"

## III. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive. SINCE MY INCARCERATION I HAVE SUFFERED SKIN LISIONS, MENTAL STRESS. And loss of property. I AM CURRENTLY TAKING meds for the lisions, And mental STRESS.

## IV. Relief

State briefly and precisely what you want the Court to do for you. Do not make legal arguments. Do not cite any cases or statutes. If you are requesting money damages, include the amounts of any actual damages and/or punitive damages you are claiming. Explain why you believe you are entitled to recover those damages. I want the charges dropped & 100,000 for pain & suffering

## V. Exhaustion of Administrative Remedies/Administrative Procedures

The Prison Litigation Reform Act ("PLRA") 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes ☐ No

If yes, name the jail, prison or other correctional facility where you were confined at the time of the events giving rise to your claim(s):

St. Louis City Jail

B. Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

☐ Yes ☐ No ☑ Do not know

C. If yes, does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claims?

☑ Yes ☐ No ☐ Do not know

If yes, which claim(s)?

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes ☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes ☐ No

E. If you did file a grievance:

1. Where did you file the grievance?

---

2. What did you claim in your grievance? (*Attach a copy of your grievance, if available*) That I am not from St louis, only traveled there that day to met a friend. And was picked up on my way home that same day. Back to Madison Il, I had only been in St. louis City approximately 3hr.

3. What was the result, if any? (*Attach a copy of any written response to your grievance, if available*) NONE

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. (*Describe all efforts to appeal to the highest level of the grievance process.*)

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

(*Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.*)

## VI. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

A. To the best of your knowledge, have you ever had a case dismissed on the basis of this "three strikes rule"?

☐ Yes ☑ No

If yes, state which court dismissed your case and when it was dismissed. Attach a copy of the court's order, if possible.

Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes ☑ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. (*If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.*)

1. Parties to the previous lawsuit

Plaintiff ____________________

Defendant(s) ____________________

2. Court (*if federal court, name the district; if state court, name the state and county*)

3. Docket or case number ____________________

4. Name of Judge assigned to your case ____________________

5. Approximate date of filing lawsuit ______________________________

6. Is the case still pending?

☐ Yes

☐ No (*If no, give the approximate date of disposition*):______________

7. What was the result of the case? (For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☐ Yes ☐ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)

1. Parties to the previous lawsuit

Plaintiff ______________________________________________

Defendant(s) ___________________________________________

2. Court (*if federal court, name the district; if state court, name the state and county*)

3. Docket or case number ______________________________

4. Name of Judge assigned to your case ______________________________

5. Approximate date of filing lawsuit ______________________________

6. Is the case still pending?

☐ Yes

☐ No (*If no, give the approximate date of disposition*):________________

7. What was the result of the case? (For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)

## VII. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 22 day of September, 2026.

Signature of Plaintiff [signature]

"Legal Papers"

- This needs to be mailed to: The United States District Court
Eastern District of Missouri
111 S. 10th Street
Saint Louis, Mo. 63102